**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JOHN DUFFY, Individually and on Behalf of Others Similarly Situated,** | § § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Civil Action No.  1:19-CV-00184** |
| **CONOCOPHILLIPS COMPANY,** | § § § | |
| **Defendant.** | § § § | |

**NOTICE OF SUPPLEMENTAL FILING**

Plaintiff John Duffy ("Duffy" or "Plaintiff") and ConocoPhillips Company ("ConocoPhillips" or "Defendant") (collectively the "Parties") file this Notice of Supplemental Filing.

On April 8, 2021, the Parties filed their Motion for Approval of Settlement, Motion for Dismissal, and Motion to Seal or Redact the Settlement Agreement. *See* D.E. 31-33, 35.  On April 9, 2021, the Court granted the Motion to Seal the Settlement Agreement. *See* D.E. 34.  The Parties, however, appear to have inadvertently failed to file Exhibit A to the Settlement Agreement.  The Parties are now supplementing their Settlement Agreement with Exhibit A. Pursuant to the Court's April 9, 2021 Order (D.E. 34), the Parties are filing Exhibit A under seal since it is part of the Settlement Agreement.

1

Respectfully Submitted,                          Respectfully submitted,

By: _/s/ William Liles_                           _/s/ Kimberly Cheeseman_

Michael Josephson                                 Amy M. Oster (#06593)
State Bar No. 24014780                            CROWLEY FLECK PLLP
mjosephson@backwages.com                          100 West Broadway Ave., Suite 250
Andrew Dunlap                                     P.O. Box 2798
State Bar No. 24078444                            Bismarck, North Dakota 58502-2798
adunlap@mybackwages.com                           Phone: (701) 223-6585
William R. Liles                                  Fax: (701) 222-4853
State Bar No. 24083395                            aoster@crowleyfleck.com
wliles@mybackwages.com
JOSEPHSON DUNLAP LAW FIRM                          and
11 Greenway Plaza, Suite 3050
Houston, Texas 77046                              Shauna Johnson Clark
713.352.1100 (Telephone)                          Tex. State Bar No.  00790977
713.352.3300 (Facsimile)                          Kimberly F. Cheeseman
                                                  Tex. State Bar No. 24082809
                                                  NORTON ROSE FULBRIGHT US LLP
AND                                               1301 McKinney, Suite 5100
                                                  Houston, Texas  77010-3095
Richard J. (Rex) Burch                            Telephone:  (713) 651-5151
State Bar No. 24001807                            Facsimile:  (713) 651-5246
rburch@brucknerburch.com                          shauna.clark@nortonrosefulbright.com
BRUCKNER BURCH, P.L.L.P.                          kimberly.cheeseman@nortonrosefulbright.com
8 Greenway Plaza, Suite 1500 Houston,
Texas 77046 713.877.8788 (Telephone)              **_ATTORNEYS FOR DEFENDANT_**
713.877.8065 (Facsimile)

**_ATTORNEYS FOR PLAINTIFFS_**

2