IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| John Duffy, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) ) | **ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL AND DISMISSAL OF LAWSUIT** |
| vs. ) ) | |
| ConocoPhillips Company, ) ) | Case No. 1:19-cv-184 |
| Defendants. ) | |

Before the Court is the parties' "Joint Motion for Approval of Settlement and Dismissal" filed on April 8, 2021.  See Doc. No. 31.  The parties jointly seek approval of a settlement resolving collective claims for overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*.  The parties filed a settlement agreement and release ("Settlement Agreement") with the Court on April 8, 2021.  See Doc. No. 33.

Settlement agreements to resolve FLSA claims typically require court approval.  See 29 U.S.C. § 216; King v. Raineri Const., LLC, 2015 WL 631253, No. 4:14-cv-1828, *2 (E.D.Mo. Feb. 12, 2015).  The Court has carefully reviewed the motion and the terms of the proposed Settlement Agreement and determines that it is the product of an arm's-length negotiation between counsel, and that it is a fair and reasonable resolution of a bona fide dispute.  The attorney's fees requested in the motion are reasonable.  The settlement of the claims as to the Plaintiffs according to the procedure set forth in the Settlement Agreement is therefore approved.  The parties shall administer the Settlement Agreement as set forth therein.

Accordingly, the Court **GRANTS** the parties' motion to approve Settlement Agreement and dismiss the action (Doc. Nos. 31 and 35).  The Court **ORDERS** the action be dismissed with

1

prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, without costs or legal fees to any party except as set forth in the Settlement Agreement.

**IT IS SO ORDERED.**

Dated this 13th day of April, 2021.

>  /s/  Daniel L. Hovland
>  Daniel L. Hovland, District Judge
>  United States District Court